# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:97CR242-02 |
| RAYMOND HALLIS JACKSON ) | USM No: 13265-058 |
| ) | Randolph M. Lee |
| Date of Previous Judgment: October 1, 1998 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __151 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __35__ Amended Offense Level: __33__
Criminal History Category: __V__ Criminal History Category: __V__
Previous Guideline Range: __262__ to __327__ months Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __October 1, 1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __September 5, 2008__

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge